UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                             CASE NO.:   3:22-cr-00001-BJD-JBT

BRENT BROWN.
_____/

**UNOPPOSED MOTION TO CONTINUE
STATUS CONFERENCE AND TRIAL**

Defendant, Brent Brown, without opposition from the United States through Assistant U.S. Attorney Arnold B. Corsmeier, seeks this Court to again reschedule the status conference and trial in this matter, and states:

1. This matter is currently scheduled for trial on March 6, 2023, and status conference for February 21, 2023 at 3:30 p.m.

2. This Court has generously accommodated the prior efforts of counsel for the Defendant and the United States by postponing the trial and status conference in this matter.

3. Counsel continues to work to resolve this short of trial.  Counsel has been out of Jacksonville in trial for most of last week and will be out of Jacksonville for most of the coming week.

4. This relief is not sought for purposes of unnecessary delay.

5. The United States does not oppose the relief sought, and no prejudice would occur to either party.

WHEREFORE, the Defendant seeks to continue the matters as previously stated.

        Respectfully submitted,

        BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
           Professional Association

        By:   s/Henry M. Coxe, III
             Henry M. Coxe, III
             Florida Bar No. 155193
             E-mail:  hmc@bedellfirm.com
             101 E. Adams Street
             Jacksonville, Florida 32202
             Telephone: (904) 353-0211

Counsel for Brent Brown

## CERTIFICATE OF SERVICE

    I hereby certify that on February 20, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Arnold B. Corsmeier
    U.S. Attorney's Office
    300 N. Hogan Street, Suite 700
    Jacksonville, Florida 32202
    Chip.Corsmeier@usdoj.gov

                                               s/Henry M. Coxe III
                                                     Attorney