UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

*UNITED STATES OF AMERICA*

*v.*  CASE NO.:   3:22-cr-00001-BJD-JBT

*BRENT BROWN*

## UNOPPOSED MOTION TO CONTINUE

Defendant, Brent Brown, through counsel, moves this Court to remove the case from the Court's calendar as the parties have reached a resolution, and in support thereof shows:

1. Trial is currently scheduled for December 4, 2023, and the status conference is scheduled for November 27.

2. The government has offered a negotiated resolution which the Defendant has verbally accepted. The parties are attempting to schedule a change of plea hearing in early January 2024.

3. Undersigned counsel would request a 60-day continuance for the December 4, 2023 trial date and ask that the status conference currently set for

today be provisionally rescheduled for the week of January 22, 2024 in the event that the change of plea hearing does not occur as currently planned.

4.      The United States of America, through AUSA Corsmeier, has authorized the undersigned to represent that the government does not oppose the continuance sought herein.

WHEREFORE, the Defendant seeks to continue the matters as previously stated.

>
> Respectfully submitted,
>
> BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
>       Professional Association
>
>
> By:  s/Allan F. Brooke II
>       Allan F. Brooke II
>       Florida Bar No. 994413
>       E-mail: *afb@bedellfirm.com*
>       Henry M. Coxe III
>       Lidija I. Barauskas
>       101 E. Adams Street
>       Jacksonville, Florida 32202
>             (904) 353-0211 T

Counsel for Brent Brown