**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

-vs-                                                                                               Case No. 3:22-cr-1-WWB-JBT

**BRENT BROWN**                                              Defense Atty.: Allan F. Brooke, II, Esq.
                                                             AUSA: Frank M. Talbot, II, for Arnold B. Corsmeier

| JUDGE | Joel B. Toomey<br>U. S. Magistrate Judge | DATE AND TIME | 1/11/2024<br>4:04 p.m. – 4:28 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Tracee Perrotti | TAPE/REPORTER | Digital |
| INTERPRETER | None present | PRETRIAL/PROBATION: | None present |

CLERK'S MINUTES

**PROCEEDINGS:**          **CHANGE OF PLEA**

Defendant placed under oath.

Defendant consents to Magistrate Judge taking his plea.

Defendant enters plea of guilty to Count Thirteen of the Indictment.

The remaining counts will be dismissed at sentencing, pursuant to the Plea Agreement.

Court finds Defendant alert, intelligent and willingly entered plea of guilty.

Defendant waives the 14-day objection period to Report and Recommendation.

Bond conditions shall remain in effect.

**Report and Recommendation to enter.**

Sentencing to be set by District Judge.

**FILED IN OPEN COURT:**
     **NOTICE re: Entry of a Plea of Guilty**
     **Plea Agreement**