UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 3:22-cr-1-WWB-JBT

BRENT BROWN

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**[1]

The Defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and Rule 1.02, M. D. Fla. Rules, and has entered a plea of guilty to Count Thirteen of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

**DONE** and **ENTERED** in Jacksonville, Florida on this 11th day of January, 2024.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:
Honorable Wendy W. Berger
United States District Judge
Asst. United States Attorney (Corsmeier)
Henry M. Coxe, III, Esquire
Allan F. Brooke, II, Esquire
United States Probation
United States Pretrial

---

[1] The parties have agreed to waive the fourteen (14) day objection period to this Report and Recommendation. 28 U.S.C. §636(b)(1)(B).