**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

VS.  CASE NO: 3:22-cr-1-WWB-JBT

**BRENT BROWN**

| | | | |
|---|---|---|---|
| **JUDGE:** | Wendy W. Berger | **COUNSEL FOR GOVERNMENT:** | Laura Taylor |
| **DEPUTY CLERK:** | Chloe Swinton | **COUNSEL FOR DEFENDANT:** | Henry M. Coxe, III<br>Allan F. Brooke, II |
| **COURT REPORTER:** | Shelli Kozachenko | **PRETRIAL/PROBATION:** | Kyle McCrohan |
| **SCHEDULED DATE/TIME:** | April 9, 2024<br>2:13 p.m.-2:57 p.m.<br>**Total Time: 44 minutes** | **INTERPRETER:** | Not Required |

## MINUTES ON SENTENCING

The case was called, and appearances were taken.

Defendant placed under oath.

**SENTENCE IMPOSED as to Count Thirteen of the Indictment.**

Counts 1-12 and 14-17 of the Indictment are **DISMISSED** in accordance with the Plea Agreement.

**INCARCERATION: THIRTY (30) MONTHS**

**SUPERVISED RELEASE**: **THIRTY-SIX (36) MONTHS**

*Special conditions of supervised release:*
- Defendant is prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself for any major purchases without approval of the probation officer.
- Defendant shall provide the probation officer access to any requested financial information.
- Defendant shall cooperate in the collection of DNA.
- The mandatory drug testing requirements of the Violent Crime Control Act are suspended.

**FINE:** waived.

**SPECIAL ASSESSMENT:** $100.00 is due immediately.

**RESTITUTION:** $\underline{\$3,832,360.48}$, payable to the Internal Revenue Service.

The defendant may voluntarily surrender at the institution designated by the Bureau of Prisons **no later than 2:00 p.m. on May 10, 2024**, as notified by the U.S. Marshals.

The Court recommends to the Bureau of Prisons that the defendant be placed at FCI Jesup or FCI Camp Miami. If neither of the facilities are available, the Court recommends that Defendant be placed at a facility in the state of Florida.

Defendant advised of right to appeal.

Defendant's previously imposed conditions of release remain in full force and effect.